**CERTIFICATE OF SERVICE**

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Long Beach, California; my business address is McCalla Raymer Leibert Pierce, LLP, 301 E. Ocean Blvd., Suite 1720, Long Beach, California 90802.

On January 18, 2022, I served a copy of the following document(s) described as:

**DEFENDANT AFFINIA DEFAULT SERVICES, LLC'S NOTICE OF CONSENT TO REMOVAL BY WELLS FARGO BANK; CERTIFICATION AND NOTICE OF INTERESTED PARTIES**

on the interested parties in said case as follows:

*Served Electronically via the Court's CM/ECF System:*

**Counsel for Plaintiff**
William Dalebout Bowen
Law Offices of William D. Bowen
1049 Havenhurst Drive No. 424
West Hollywood, CA 90046
wil@wbowenlaw.com

**Counsel for Defendants Gregory Funding LLC And Ajax Mortgage Loan Trust 2018-G**
Andrew Jonathan Mase
Katherine K. Meleski
Timothy M. Ryan
Ryan Firm APC
2603 Main Street, Suite 1225
Irvine, CA 92614
amase@theryanfirm.com
ecf@theryanfirm.com
tryan@theryanfirm.com

**Counsel for Wells Fargo Bank, N.A.**
John C. Dineen
Melissa A. Freeling
501 West Broadway 19th Floor
San Diego, CA 92101
jdineen@sheppardmullin.com
mfreeling@sheppardmullin.com

**Counsel for Paladar Capital Investments, LP**
Lane M. Nussbaum
Nussbaum APC
27489 Agoura Road, Suite 102
Agoura Hills, CA 91301
info@nussbaumapc.com

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on January 18, 2022, at Long Beach, California

*/s/ Samuel Davis*
Samuel Davis