UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| No. | 2:22-cv-00181-ODW (GJSx) | Date | February 23, 2022 |
|---|---|---|---|
| Title | *Felisa Dee Richards v. Gregory Funding LLC et al.* | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| Not present | Not present | |

**Proceedings (In Chambers):**         **AMENDED**

The hearing scheduled for February 28, 2022, at 1:30 P.M., on Defendants Ajax Mortgage Loan Trust 2018-G and Gregory Funding LLC's MOTION to Dismiss, (ECF No. 13), Defendant Wells Fargo Bank, N.A.'s Corrected MOTION to Dismiss, (ECF No. 27), Plaintiff Felisa Dee Richards's MOTION to Amend, (ECF No. 31), and Plaintiff's MOTION to Remand, (ECF No. 33), is hereby **VACATED** and taken off calendar. No appearances are necessary. The matters stand submitted and will be decided upon without oral argument. Additionally, Defendant Wells Fargo's Motion to Dismiss, (ECF No. 21), is **DENIED as moot** and superseded by Wells Fargo's Corrected Motion to Dismiss, (ECF No. 27), which remains pending and is now under submission.

**IT IS SO ORDERED.**

                                                                                          :    00
                                                          Initials of Preparer    SE